ALICE CHASE, as Administratrix of the Estate of LELAND H. CHASE, Deceased, Appellant, *v.* THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.

*Negligence — railroads — collision with automobile at grade crossing — contributory negligence.*

*Chase* v. *N. Y. Central R. R. Co.*, 206 App. Div. 639, affirmed. (Argued October 16, 1923; decided November 20, 1923.)

APPEAL from a judgment, entered March 16, 1923, upon an order of the Appellate Division of the Supreme Court in the third judicial department reversing a judgment in favor of plaintiff entered upon a verdict and directed a dismissal of the complaint in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. Intestate, while driving an automobile over a grade crossing between Gabriels and Rainbow stations on the Adirondack division of the defendant's railroad was struck by one of its trains and killed. The Appellate Division held that he was guilty of contributory negligence as matter of law.

*Francis Barry Cantwell* for appellant.

*Arthur E. McClary* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

NIEHOFF-SCHULTZE GROCER COMPANY, Appellant, *v.* ALEXANDER J. GROSS et al., Copartners Doing Business as IGNATIUS GROSS COMPANY, Respondents.

*Contract — sale — action to recover back money paid for goods on ground they were not of kind or quality warranted — defense that goods were inspected and accepted when received.*

*Niehoff-Schultze Grocer Co.* v. *Gross*, 205 App. Div. 67, affirmed. (Argued October 16, 1923; decided November 20, 1923.)

APPEAL from a judgment, entered April 20, 1923, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in